Cat08, MDL, Termed, Vecchiar

# U.S. District Court
# Northern District of Ohio (Cleveland)
# IVIL DOCKET FOR CASE #: 1:07-cv-01336-DAP
# Internal Use Only

Kinney v. Davol, Inc. et al
Assigned to: Hon. Dan Aaron Polster
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/08/2007
Date Terminated: 08/13/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**David Kinney**
*as personal representative for the estate of*
*other*
Richard Kinney

represented by

**Charles Richard Eshelman**
Eshelman Legal Group
205 Portage Trail Extension West
Cuyahoga Falls, OH 44223
330-376-3572
Fax: 376-0199
*TERMINATED: 06/21/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig P. Niedenthal**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: cniedenthal@cwcd.com
*ATTORNEY TO BE NOTICED*

**Ernest Cory**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: ecory@cwcd.com

**Jason B. Eshelman**
Eshelman Legal Group
263 Portage Trail Extension W
Cuyahoga Falls, OH 44223
330-376-3572
Fax: 330-376-0199
Email: jason@eshelmangroup.com
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: jconlin@cwcd.com
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: shunt@cwcd.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Gary D. Hermann**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: ghermann@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Ste. 500

1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Gary D. Hermann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Moeller**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2007 | 1 | Complaint with jury demand against C.R. Bard, Inc. and Davol, Inc. (Filing fee $350 paid; receipt number 54660000878). Filed by David Kinney. (Attachments: # 1 Civil Cover Sheet)(S,He) (Entered: 05/09/2007) |
| 05/08/2007 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Nancy A. Vecchiarelli. (S,He) (Entered: 05/09/2007) |
| 05/08/2007 | | Summons and Magistrate Consent Form issued to counsel for service upon C.R. Bard, Inc. and Davol, Inc. (S,He) (Entered: 05/09/2007) |
| 05/25/2007 | | Financial Transaction in the amount of $300.00 received for motion to appear pro hac vice by attorneys Stephen R. Hunt, Jr., Jon C. Conlin and Craig P. Niedenthal. Receipt # 14660008684 (C,BA) (Entered: 05/25/2007) |
| 05/25/2007 | 2 | Motion for attorney Stephen R. Hunt, Jr. to Appear Pro Hac Vice Filing fee paid. filed by David Kinney. (Attachments: # 1 Certification# 2 Proposed Order)(E,P) (Entered: 05/25/2007) |
| 05/25/2007 | 3 | Motion for attorney Jon C. Conlin to Appear Pro Hac Vice Filing fee paid. filed by David Kinney. (Attachments: # 1 Certification# 2 Proposed Order)(E,P) (Entered: 05/25/2007) |
| 05/25/2007 | 4 | Motion for attorney Craig P. Niedenthal to Appear Pro Hac Vice Filing fee paid. filed by David Kinney. (Attachments: # 1 Certification# 2 Proposed Order)(E,P) (Entered: 05/25/2007) |

| | | |
|---|---|---|
| 05/29/2007 | | Order [non-document] granting Motions for appearance pro hac vice by attorneys Stephen R. Hunt, Jr., Jon C. Conlin, Craig P. Niedenthal for David Kinney (Related Doc # 234). By Judge Dan Aaron Polster on 5/29/07.(P,R) (Entered: 05/29/2007) |
| 06/18/2007 | 5 | Waiver of Summons by C.R. Bard, Inc. returned. Waiver mailed on 6/4/07 filed by David Kinney Related document(s)1. (S,T) (Entered: 06/19/2007) |
| 06/18/2007 | 6 | Waiver of Summons by Davol, Inc. returned. Waiver mailed on 6/7/97 filed by David Kinney Related document(s)1. (S,T) (Entered: 06/19/2007) |
| 06/21/2007 | 7 | Notice of Substitution of Counsel removing attorney *C. Richard Eshelman* and adding attorney Jason B. Eshelman filed by on behalf of David Kinney. (Eshelman, Jason) (Entered: 06/21/2007) |
| 07/27/2007 | 8 | Unopposed **Motion** to stay *of Proceedings Pending Transfer to Federal MDL* filed by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit A, Transfer Order# 2 Exhibit B, Letter from U.S. Judicial Panel on Multidistrict Litigation with attached Conditional Transfer Order)(Moeller, Jeffrey) (Entered: 07/27/2007) |
| 07/30/2007 | | **Order** [non-document] granting Defendants' Motion to stay proceedings pending transfer to federal MDL(Related Doc # 8). By Judge Dan Aaron Polster on 7/30/07.(P,R) (Entered: 07/30/2007) |
| 08/13/2007 | 9 | **Conditional Transfer Order (CTO-1)** by the Judicial Panel on Multidistrict Litigation. In re MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI case # 07-1866).(S,R) (Entered: 08/13/2007) |

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: s/Renee Schumitsh
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO